E-FILED 6/1/17

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIBERTY INSURANCE CORPORATION, an Illinois corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>KHALED ALMALEH, an individual; STEPHANIE MASON, an individual; and ROBERT NELSON, an individual,<br><br>        Defendants. | Case No. 2:16-cv-08170-PSG (RAOx)<br><br>**[PROPOSED] JUDGMENT**<br><br>Date: June 19, 2017<br>Time: 1:30 p.m.<br>Courtroom 6A<br>Hon. Philip S. Gutierrez<br><br>Complaint Filed: November 2, 2016 |

-1-

# [~~PROPOSED~~] JUDGMENT

The Court, having granted Plaintiff Liberty Insurance Corporation's ("Liberty's") Motion for Entry of Default Judgment against Defendants Khaled K. Almaleh aka Khaled Al Maleh aka Kal Maleh (collectively, "K. Almaleh"), Stephanie Mason, and Robert Nelson ("Defendants"), and good cause appearing therefore,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is hereby entered in favor of Liberty and against Defendants K. Almaleh, Stephanie Mason, and Robert Nelson. Liberty had, and has, no duty to defend or indemnify K. Almaleh, or to pay any portion of his defense costs, in an underlying state court lawsuit entitled *Stephanie Mason et al. v. Khaled Al Maleh, et al.*, in the Superior Court for the State of California, County of Los Angeles, Case No. BC605894 (the "Underlying Action.") Liberty is entitled to immediately withdraw from the defense of K. Almaleh in the Underlying Action. Liberty is also entitled to reimbursement of $3,428.05 for the defense costs it has incurred to date to defend K. Almaleh in the Underlying Action. The costs are recoverable from K. Almaleh only.

Dated:  5/31/17

PHILIP S. GUTIERREZ
_____
HON. PHILIP S. GUTIERREZ
U.S. DISTRICT COURT JUDGE